384 A.2d 993

Deere, et al., Appellants, v. Zilber, et al.

Argued November 16, 1977. Joseph B. Bagley, with him Bagley & Weaver, for appellants; Thomas J. Reinstadtler, Jr., with him Egler & Reinstadtler, for appellees.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.